| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

FREDRICK E. GRAHAM, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:05-CV-860
§
T.C. OUTLAW, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Fredrick E. Graham, proceeding *pro se*, filed the above-styled civil rights lawsuit.

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this matter. The magistrate judge recommends this lawsuit be dismissed without prejudice for want of prosecution.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the magistrate judge's Report and Recommendation.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED.  A final judgment will be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 30th day of June, 2006.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE